CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SWATI BUBNA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, Secretary, United States Department of State, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-09738 SVK<br><br>**STIPULATED JOINT REQUEST TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; [PROPOSED] ORDER** |

The parties, through their undersigned attorneys, hereby stipulate as follows:

1.      On November 12, 2025, Plaintiff filed a Complaint against Defendants.  Dkt. No. 1. Pursuant to stipulation, Defendants' response is due June 1, 2026.  Dkt. No. 13.

2.      Defendants maintain that venue is improper in this District under 28 U.S.C. § 1391(e) and intend to file a motion to dismiss or to transfer on venue and other grounds.

3.      Plaintiff and Defendants have met and conferred and have agreed to stipulate to transfer this action to the District of the District of Columbia.

4.      The parties further stipulate that Defendants shall have 30 days after this case is docketed with the United States District Court for the District of the District of Columbia to respond to Plaintiff's Complaint.

Stipulation to Transfer Venue
C 5:25-cv-09738 SVK                                    1

5.      Accordingly, the parties hereby STIPULATE, subject to the approval of the Court, to transfer this action to the District of the District of Columbia.  The parties request that the Court enter an order accordingly.

Dated: June 1, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 1, 2026

*/s/ Christina Liao Tong*
CHRISTINA LIAO TONG
Law Offices of Jane Oak & Assoc.
Attorneys for Plaintiff


## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.  This case hereby is transferred to the United States District Court for the District of the District of Columbia.  Defendants shall have 30 days after this case is docketed with the United States District Court for the District of the District of Columbia to respond to Plaintiff's Complaint.

Date:  June 3, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Transfer Venue
C 5:25-cv-09738 SVK                          2